JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN EDWARD ROGERS,<br><br>    Petitioner,<br><br>  vs.<br><br>STATE OF CALIFORNIA; COUNTY OF LOS ANGELES,<br><br>    Respondent | Case No.: CV 13-2509 JST<br><br>JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREEED that pursuant to the Order Denying and Dismissing Petitioner for Writ of Habeas Corpus dated April 29, 2013, the PETITION FOR WRIT OF HABEAS CORPUS is DENIED and DISMISSED without prejudice to Petitioner bring these claims after the complete exhaustion of his state court remedies pursuant to 28 U.S.C. § 2254.

**IT IS SO ORDERED**.

Dated this 29th day of April 2013

                                                                                   _____

                                                                        JOSEPHINE STATON TUCKER<br>                                                                       UNITED STATES DISTRICT JUDGE